[No. 10278–1–II.   Division Two.   August 25, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE W. WARD, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–1–00003–6, William E. Howard, J., entered September 12, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 10257–9–II.   Division Two.   August 25, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ELDRIDGE M. MAREADY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 85–1–00004–7, Gary W. Velie, J., entered August 22, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 9916–1–II.   Division Two.   August 27, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. ANDREW E. NEWMAN, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–1–00865–1, J. Dean Morgan, J., entered May 2, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Casey and Stone, JJ. Pro Tem.